# UNITED STATES DISTRICT COURT
for the

Eastern District of Missouri

In the Matter of the Seizure of )
)
All monies, funds, and financial instruments )
deposited in or credited to Account )   Case No. 4:16MJ5241 NAB
#▆▆▆▆9336, at Bank of America, in the name )
of Jiunn Ren Chen and Irma Khoja, "Checking )
Account" and deposited or credit to Account )
#▆▆▆▆0319 at Bank of America, in the name )
of Jiunn Ren Chen and Irma Khoja "Savings )
Account". )

## WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property as being subject to forfeiture to the United States of America. The property is described as follows:

All monies, funds, and financial instruments deposited in or credited to Account #▆▆▆▆9336, at Bank of America, in the name of Jiunn Ren Chen and Irma Khoja, "Checking Account" and deposited or credit to Account #▆▆▆▆0319 at Bank of America, in the name of Jiunn Ren Chen and Irma Khoja "Savings Account".

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property for criminal and civil forfeiture, and that an order under Title 21, United States Code, Section 853(e) may not be sufficient to assure the availability of the property for forfeiture.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before   September 9, 2016
(not to exceed 14 days)

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to Honorable Nannette A. Baker, United States Magistrate Judge.

**THE ABOVE-REFERENCED FINANCIAL INSTITUTION IS HEREBY COMMANDED** to effect the seizure of the contents of the above-referenced account and to refuse the withdrawal of any amount from said account by anyone other than duly authorized law enforcement agents, immediately provide authorized officer or contractors of the United States with the current account balance without any set-offs, fees, or deductions of any kind, and continue to accrue any deposits, interest, dividends, and any other amount credited to said account until the aforementioned law enforcement agents direct that the contents of said account be finally liquidated.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days (not to exceed 30)   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   August 26, 2016 at 16:20   _____
Judge's signature

City and state:   St. Louis, Missouri   Honorable Nannette A. Baker, U.S. Magistrate Judge
Printed name and title

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.